O'CONNOR et al. v. BAUER. (Supreme Court, Appellate Division, Fourth Department.

July 24, 1908.). Action by Minnie E. O'Connor and others against George J. Bauer. No opinion. Order previously entered herein amended, so as to award costs and disbursements to plaintiffs. In all other respects motion is denied, without costs. See 111 N. Y. Supp. 869.